857 F.2d 1465
 Schneidman (Janice), by Schneidman (Dorothy, Samuel)
v.
Dow Chemical Company, Pittman Moore Company, E.R. Quibb and
Sons, Inc., E.R. Squibb and Sons, Olin Corporation,
Merrell-Dow Pharmaceuticals, Inc., National Drug Company,
Merck and Co., Sharpe and Dhome, Inc., Merck, Sharpe and
Dhome, Miles Laboratories, Inc., Cutter Laboratories, Warner
Lampert Company, Eli Lilly and Company
 NO. 88-1157
 United States Court of Appeals,
Third Circuit.
 AUG 05, 1988
 
 Appeal From: E.D.Pa.,
 Newcomer, J.
 
 
 1
 AFFIRMED.